Sean P. Flynn, Esquire (SBN 220184)
sflynn@foleymansfield.com
**FOLEY & MANSFIELD, PLLP**
300 South Grand Avenue, Suite 2800
Los Angeles, CA 90071
Telephone: (213) 283-2100
Facsimile: (213) 283-2101

Attorneys for Defendant
**THE CBE GROUP, INC.**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK GALAVIZ<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>THE CBE GROUP, INC. and DOES 1 through 10, inclusive,<br><br>　　　　Defendant. | Case No: EDCV12-874-VAP (DTBx)<br><br>**NOTICE OF SETTLEMENT** |

　　　Defendant, The CBE Group, Inc. hereby notifies the Court that the parties have reached a full settlement in the instant action. The parties will require an additional thirty (30) days to finalize the settlement agreement and submit a Stipulated Request for Dismissal.

Dated: November 8, 2012

**FOLEY & MANSFIELD, PLLP**

By: /s/ *Sean P. Flynn*
　　SEAN P. FLYNN
　　Attorneys for Defendant
　　THE CBE GROUP, INC.

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 300 South Grand Ave., Suite 2800, Los Angeles, California 90071

On **November 9, 2012**, I served the foregoing document described as: **NOTICE OF SETTLEMENT** on the interested parties in this action as follows:

☒ *(BY COURT'S CM/ECF SYSTEM)* Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF systems to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this court.

☒ **[FEDERAL]** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

☐ **[STATE]** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **November 9, 2012**, Los Angeles, California.

　　　　　　　　　　　　　　　　　　/s/ Christine Sanders
　　　　　　　　　　　　　　　　　　Christine Sanders

---

1

**PROOF OF SERVICE**